# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| HIZOAN NEW 1 GP, LLC, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   No. 2:25-cv-03032-SHL-atc |
| SLEEP CHEAP MATTRESS #2, a general partnership; MATT BAKER; MARK APGAR, SR.; and MARK APGAR, JR., | ) ) ) ) |
|     Defendants. | ) |

## ORDER STAYING CASE

On February 26, 2026, Plaintiff Hizoan New 1 GP, LLC, filed a Suggestion of Bankruptcy and Notice of Automatic Stay as to Defendant Phillip Mathew Baker, stating that Baker had filed for bankruptcy protection in the United States Bankruptcy Court for the Northern District of Mississippi that same day.  (ECF No. 9.)  Pursuant to 11 U.S.C. § 362, the filing of a bankruptcy petition automatically stays "the commencement or continuation . . . of a judicial . . . action or proceeding against the debtor."  Therefore, this case is hereby **STAYED** as to Baker until the automatic stay is lifted for this case by the bankruptcy court, or the bankruptcy proceeding is closed.  Baker is **ORDERED** to provide reports every six months as to the status of the bankruptcy proceeding and to immediately notify this Court when it is concluded.

Hizoan also maintains that "this action is automatically stayed as to all Defendants since there is no realistic way to proceed against one without violating the automatic stay for the bankruptcy estate."  (Id. at PageID 34.)  Because Defendant Sleep Cheap Mattress #2 is a general partnership of which the other three Defendants are general partners, the Court agrees.  Thus, the case is further **STAYED** as to all Defendants.

**IT IS SO ORDERED**, this 26th day of February, 2026.

s/ Sheryl H. Lipman  
SHERYL H. LIPMAN  
CHIEF UNITED STATES DISTRICT JUDGE
